# SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

R. JAMES NICHOLSON, SECRETARY
DEPARTMENT of VETERAN Affairs
810 VERMONT AVENUE, NW
WASHINGTON, DC 20420

# COMPLETE THIS SECTION ON DELIVERY

A. Signature
X *James Wilson* ☐ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

DEPT OF VETERANS AFFAIRS
2007 JUN 11 PM 6:35

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

OFFICE OF THE SECRETARY

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☑ Yes

2. Article Number (Transfer from service label): 7007 0220 0002 7422 3246

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>— Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Ernest L. Parker_  ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name*)  JUN 1 8 2007   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Jeffrey A. Taylor<br>US Attorney General for<br>the District of Columbia<br>501 Third St. NW<br>Washington, DC 20001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered        ☐ Return Receipt for Merchandise<br>☐ Insured Mail      ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*) ☑ Yes |
| 2. Article Number *(Transfer from service label)* | 7007 0220 0002 7422 3239 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signed)_  ☐ Agent  ☐ Addressee<br>B. Received by *(Printed Name)*  JUN 0 8 2007  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Alberto Gonzales<br>U.S. Attorney General<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☑ Yes |
| 2. Article Number *(Transfer from service label)* | 7007 0220 0002 7422 3253 |

RESTRICTED DELIVERY