**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

R. JAMES NICHOLSON, SECRETARY
DEPARTMENT of VETERAN Affairs
810 VERMONT AVENUE, NW
WASHINGTON, DC 20420

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  James Wilson   ☐ Agent
                   ☐ Addressee

DEPT OF VETERANS AFFAIRS

B. Received by (Printed Name)    C. Date of Delivery

2007 JUN 11  PM 6:35

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

OFFICE OF THE SECRETARY

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☒ Yes

RES T
DEL

Article Number
(Transfer from service label)

7007 0220 0002 7422 3246

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jeffrey A. Taylor
US Attorney General for
the District of Columbia
501 Third St. NW
Washington, DC 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Emmet L. Parker_    ☐ Agent
                        ☐ Address

B. Received by ( Printed Name)    C. Date of Delive
JUN 1 8 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandi
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☑ Yes

RESTR
DELIV

2. Article Number
(Transfer from service label)

7007 0220 0002 7422 3239

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alberto Gonzales
U.S. Attorney General
950 Pennsylvania Ave. NW
Washington, DC 20530

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X _(signature)_    ☐ Agent
                   ☐ Addresse

B. Received by *(Printed Name)*    C. Date of Deliver

JUN 0 8 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandi
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☑ Yes

**REST**
**DELIV**

2. Article Number
   *(Transfer from service label)*    7007 0220 0002 7422 3253