UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| A. MICHAEL TURNER, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>R. JAMES NICHOLSON, )<br>Secretary, )<br>Department of Veteran Affairs )<br>)<br>   Defendant. )<br>_____ ) | Civil Action No. 07-0643 RBW |

**CONSENT MOTION FOR EXTENSION OF TIME**

    Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant R. James Nicholson, Secretary, Department of Veteran Affairs, by counsel, respectfully moves for a thirty day extension of time, to and including September 19, 2007, within which to respond to Plaintiff's Complaint. This is Defendant's first request for an extension of time for this purpose. Undersigned counsel contacted Plaintiff's counsel to obtain his position on this request for extension of time, and Plaintiff's counsel consented to a thirty day extension for the filing of Defendant's response to the Complaint.

    For cause, Defendant states as follows:

    1. Defendant's response to the Complaint is due on August 20, 2007, but undersigned counsel has previously scheduled plans to be out of town for the two weeks preceding the existing filing deadline. Although undersigned counsel has been in contact with representatives of defendant regarding this case, he has not yet received the files necessary to prepare a response to the Complaint prior to August 20, 2007.

2. The requested thirty day extension of time will allow undersigned counsel time to obtain the files in this case and to prepare either a dispositive motion or an answer.

3. Undersigned counsel has been in contact with plaintiff's counsel regarding the requested extension of time, and plaintiff's counsel has provided his consent to a thirty day extension of time for defendant to respond to plaintiff's complaint.

4. The requested extension of time would be in the interests of justice.

For the foregoing reasons, Defendant respectfully requests that this motion for an extension of time be granted.[1]

Dated: July 30, 2007

Respectfully submitted,

\_\_\_/s\_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

\_\_/s/_____
ALEXANDER D. SHOAIBI,
Assistant United States Attorney
501 Third Street, N.W., Rm E-4218
Washington, D.C. 20530
(202) 514-7236

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

## CERTIFICATE OF SERVICE

I hereby certify that on this  30th   day of July, 2007, I caused the foregoing

**Defendant's Motion for Extension of Time** to be served on plaintiff's counsel postage prepaid, addressed as follows:

        Thomas B. Corbin
        Thomas B. Corbin, P.A.
        201 North Charles Street
        Suite 2202
        Baltimore, Maryland 21201

         /s/
        ALEXANDER D. SHOAIBI
        Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| A. MICHAEL TURNER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )    Civil Action No. 07-0643 RBW |
| | ) |
| R. JAMES NICHOLSON, | ) |
| Secretary, | ) |
| Department of Veteran Affairs | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

**UPON CONSIDERATION** of defendant's consent motion for extension of time to file defendant's response to plaintiff's Complaint, and in the interests of justice, it is hereby

**ORDERED** that the motion is **GRANTED**, and that defendant's response to plaintiff's complaint is due on or before September 19, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007